```
UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF RHODE ISLAND
- - - - - - - - - - - - - - - - - - x
In re:                              :

ALLEN A. GALLO                      :   BK No. 03-13978
        Debtor                          Chapter 13
                                    :
ALLEN A. GALLO
        Plaintiff                   :
     v.                                 A.P. No. 04-1008
                                    :
STATE OF RHODE ISLAND, DIVISION OF
MOTOR VEHICLES, and                 :
CHARLES DOLAN, ADMINISTRATOR
DIVISION OF MOTOR VEHICLES          :
        Defendants
- - - - - - - - - - - - - - - - - - x
```

### ORDER

Heard on the Debtor's Motion for a temporary restraining order requiring the Defendants to reinstate the Debtor's drivers license and registration. The Defendants failed to appear at the hearing. Upon consideration of the arguments of the Debtor and the cases cited, see *Shamblin v. Ohio (In re Shamblin)*, 18 B.R. 800 (Bankr. S.D. Ohio 1982); *In re Brown*, 244 B.R. 62 (Bankr. D.N.J. 2000), the motion is GRANTED. The Defendants are ORDERED to reinstate the Debtor's drivers license and registration forthwith.

Dated at Providence, Rhode Island, this 7th day of May, 2004.

Arthur N. Votolato
U.S. Bankruptcy Judge

Entered on docket
Date: 5/7/04